# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRE JACQUOT, et al., | Case No. 1:17-cv-00945-DAD-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK TO TERMINATE DEFENDANT SUNSET SQUARE** |
| v. | |
| SUNSET SQUARE, et al., | **(Doc. 9)** |
| Defendants. | |

On September 13, 2017, Plaintiffs filed a Notice of Voluntary Dismissal of Party Defendant Sunset Square, in which they notify the Court that they dismiss Defendant Sunset Square from this action without prejudice. (Doc. 9.) Plaintiffs filed this notice before an opposing party served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed Defendant Sunset Square without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court therefore DIRECTS the Clerk to terminate Defendant Sunset Square on the docket for this case.

IT IS SO ORDERED.

Dated: **September 19, 2017**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE