# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEDRE JACQUOT AND ROBERT JACQUOT, <br><br> PlaintiffS, <br><br> v. <br><br> SUNSET SQUARE, a General Partnership; MAN-ARNEET CORPORATION, alternatively known as Subway, <br><br> Defendants. | Case No. 1:17-cv-00945-DAD-SKO <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. 21) |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, filed on November 30, 2017, seeking to dismiss the action with prejudice. (Doc. 21.) Plaintiff indicates that the parties have reached a settlement agreement. (*Id.*)

In light of the parties' settlement of the action, the Court's Findings and Recommendations (Doc. 16), entered on October 24, 2017, is hereby WITHDRAWN. Accordingly, the action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 4, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE